**Anthony D. CUNNINGHAM, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE,
Respondent.**

No. 2009–3028.

United States Court of Appeals,
Federal Circuit.

Dec. 9, 2008.

Anthony D. Cunningham, Cleveland, OH, pro se.

Morgan E. Rehrig, Teresa A. Gonsalves, U.S. Postal Service, Scott A. MacGriff, Department of Justice, Washington, DC, for Respondent.

### *ORDER*

Petitioner having filed the required Statement Concerning Discrimination, Upon consideration thereof,

IT IS ORDERED THAT:

(1) The court's November 25, 2008 dismissal order is vacated, the mandate is recalled, and the petition for review is reinstated.

(2) Respondent's brief is due on or before December 30, 2008.

**Cecilia P. MORRISSEY, Petitioner,**

v.

**DEPARTMENT OF the TREASURY,
Respondent.**

No. 2008–3044.

United States Court of Appeals, Federal Circuit.

Dec. 15, 2008.

### ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.